**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 02-1060**

———————

RICHARD GRANT,

Plaintiff - Appellant,

versus

CREDITRUST CORPORATION,

Defendant - Appellee.

———————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Frederic N. Smalkin, Chief District Judge.
(CA-01-2740-S)

———————

Submitted:  April 4, 2002          Decided:  April 8, 2002

———————

Before MICHAEL, KING, and GREGORY, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Richard Grant, Appellant Pro Se.  Gerard Francis Miles, HUESMAN,
JONES & MILES, Towson, Maryland; David Israel, SESSIONS, FISHMAN &
NATHAN, L.L.P., Metairie, Louisiana; Kevin G. Barreca, SESSIONS,
FISHMAN & NATHAN, L.L.P., New Orleans, Louisiana, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Richard Grant appeals the district court order denying his motions for default judgment and appointment of counsel. We dismiss the appeal for lack of jurisdiction because the order is not appealable. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (1994), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (1994); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). The order here appealed is neither a final order nor an appealable interlocutory or collateral order.

We dismiss the appeal as interlocutory. Grant's motion to stay proceedings in the district court pending appeal is denied as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED